UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN,

          Plaintiff(s),

     v.

SEATTLE ART MUSEUM,

          Defendant(s).

NO. C07-58MJP

ORDER ON MOTION FOR
PROTECTIVE ORDER

The above-entitled Court, having received and reviewed:

1.     Plaintiff's Motion for Protective Order (Dkt. No. 33)

2.     Defendant's Opposition to Plaintiff Green's Motion for Protective Order (Dkt. No. 35)

3.     Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Protective Order Under
FRCP 26(c) (Dkt. No. 37)

and all exhibits and declarations attached thereto, makes the following ruling:

     IT IS ORDERED that the motion is DENIED.

     IT IS FURTHER ORDERED that Plaintiff's motions to strike Defendant's exhibits and
sanction Defendant's attorney are DENIED.

     Plaintiff has moved for a protective order quashing Defendant's notice of deposition of Plaintiff
Green, scheduled for October 2, 9:30 a.m. in the offices of Defendant's counsel. Plaintiff's request
will be denied on two grounds:

1.     Failure to comply with FRCP 26(c): Plaintiff's motion was not accompanied by a
"certification that the movant has in good faith conferred or attempted to confer with
other affected parties in an attempt to resolve the dispute without court action," as
required by the rule. Plaintiff's statement that he indicated in the joint status report that

**ORDER ON MTN**
**FOR PROT ORDER - 1**

1    he would move for a protective order (Reply, p. 3) does not satisfy the requirement that

2    he confer with the affected parties and try to resolve the dispute.

3    2.    Failure to provide proof of good cause: Plaintiff's allegations that the requested

4         deposition will be "unduly burdensome, time consuming, burdensome, irrelevant to

5         case, used to amend judgment, reconsider judgment, harass, suppress, oppress,

6         intimidate and in 'bad faith'" (Pltf. Mtn., p. 2) are unsupported by facts or case law and

7         do not establish adequate grounds for permitting him to avoid what is a standard

8         discovery procedure in all civil litigation.  Plaintiff has filed a complaint seeking

9         damages against the defendant Seattle Art Museum.  It is entirely reasonable and well

10        within the bounds of acceptable practice for the defendant to depose the complaining

11        witness or witnesses in a lawsuit.  Plaintiff risks the sanction of this Court if he

12        continues to attempt to oppose standard discovery procedures in the litigation which he

13        himself initiated.

14    The Court declines to sanction Plaintiff at this time, but does find that this motion for a

15 protective order borders on frivolous, as does Plaintiff's request that counsel for defense in this matter

16 and another of his lawsuits before this Court (Green v. California Court Apartments, LLC,

17 C07-334MJP) be sanctioned for filing notices of deposition on the same day.  (Reply, pp. 4-5.)[1]

18 Plaintiff is a seasoned pro se litigator and will be expected to adhere to standards of ethics and

19 professionalism expected of all practitioners before this Court.

20    Plaintiff's motion that Defendant's exhibits be stricken alleges violations of "work-product

21 doctrine and/or attorney-client privilege" (Reply, p. 5) without any citation to specific exhibits or to

22 case law supporting the request.  That request will be denied.  Plaintiff also complains about the

23

24        [1] The depositions themselves are noted for different days; Plaintiff merely received notice of the scheduled

25 examinations on the same day.

26    **ORDER ON MTN**
     **FOR PROT ORDER - 2**

1  alleged failure of Defendant to respond to interrogatories served by Plaintiff; that complaint is only

2  properly brought as a motion to compel discovery and will not be entertained in any other form.

3

4          The clerk is directed to provide copies of this order to all counsel of record.

5          Dated:  September 25, 2007

6

7

8          Marsha J. Pechman
           U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  **ORDER ON MTN**
    **FOR PROT ORDER - 3**