UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN,

        Plaintiff(s),

   v.

SEATTLE ART MUSEUM,

        Defendant(s).

NO. C07-58MJP

ORDER DENYING REQUEST TO FILE OVERLENGTH BRIEF

The above-entitled Court, having received and reviewed "Plaintiff's Motion to File Over Length Brief Under LR 7(f)" (Dkt. No. 71), makes the following ruling:

IT IS ORDERED that the motion is DENIED. Plaintiff has provided no explanation of why he cannot brief his motion to compel within the 12 pages allotted by the local rules.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: December 17, 2007

                                               _____
                                               Marsha J. Pechman
                                               U.S. District Judge

ORD ON - 1