UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN,

        Plaintiff(s),

   v.

SEATTLE ART MUSEUM,

        Defendant(s).

NO. C07-58MJP

ORDER ON PLAINTIFF'S EX PARTE COMMUNICATIONS WITH THE COURT

The above-entitled Court has received and reviewed an e-mail which Plaintiff directed to the Clerk's Office concerning the instant matter. See Dkt. No. 89. In that e-mail, Plaintiff requested the dates of the Court's "holiday closures in 2007."

Plaintiff is advised that this Court was closed on the following dates in 2007: January 1 and 21, February 18, May 26, July 4, September 1, October 13, November 27 and December 25 and 26.

Plaintiff is further advised that this Court was closed on January 1 and 2, 2008.

In his e-mail, Plaintiff requests an e-mail response from the Clerk's Office. Id. Plaintiff is further advised that, as long as he is a litigant in this Court, every communication he transmits to any member of the Court staff will become part of the court record, and, if a response is required, that response will become part of the court record.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: February 5, 2008

                                                */s/ Marsha J. Pechman*

                                                Marsha J. Pechman
                                                U.S. District Judge

ORDER - 1