UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICCARDO GREEN,

        Plaintiff(s),

  v.

SEATTLE ART MUSEUM,

        Defendant(s).

NO. C07-58MJP

ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND EXTENSION OF TIME

The above-entitled Court, having received and reviewed Plaintiff's Motion for Protection Order and Extention (sic) of Time to Respond to Defendant's Discovery Requests (Dkt. No. 100) and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion for extension of time is GRANTED. Plaintiff will be granted an extension of five judicial days on his deadline to respond to Defendant's discovery requests. There will be no further extensions; failure to respond in full to Defendant's discovery requests by the deadline will result in sanctions, up to and including dismissal of Plaintiff's lawsuit.

IT IS FURTHER ORDERED that Plaintiff's motion for a protective order is DENIED. Plaintiff's motion for protective order contained no indication of what information Plaintiff wants made subject to such an order, the legal grounds for extending the restraints of a protective order to such information, or a copy of the proposed order.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: February 15, 2008

Marsha J. Pechman
U.S. District Judge

ORDER ON MOTION FOR
EXTENSION & PROT ORDER - 1