UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICCARDO GREEN,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SEATTLE ART MUSEUM,<br><br>        Defendant(s). | NO. C07-58MJP<br><br>PROTECTIVE ORDER |

      The above-entitled Court, issued an order (Dkt. No. 101) denying Plaintiff's motion for protective order. (Dkt. No. 100)  That denial was issued in part because it was believed that Plaintiff had provided no proposed protective order for the Court's consideration.  Following the filing of that order, it was learned that Plaintiff's exhibits to his Motion for Protection Order (which included a proposed order) had been attached to a separate, unrelated pleading which he had filed simultaneously with the motion requesting the protective order.   The Court has reviewed Plaintiff's exhibits and proposed order.  Id., Exh's 1 - 10.

      Pursuant to FRCP 26(c), the Court enters the following order of protection concerning Plaintiff's production of discovery in the above-entitled matter:

      1.    Plaintiff shall respond promptly (by no later than February 22, 2008) and fully to Defendant's discovery requests in compliance with the Court's order of February 8, 2008 (Dkt. No. 91).

      2.    The following material is designated as subject to the provisions of this protective order:

**PROTECTIVE ORDER - 1**

- Plaintiff's Social Security number
- Any information related to Plaintiff's medical or mental health care, including the names of health care or mental health care providers, the dates and places of treatment and any health care records produced as a result of that treatment.
- Any information concerning Plaintiff's income, including pay stubs, financial records and state or federal tax documents.

3. Plaintiff must produce this information if requested in the course of pretrial discovery. Defendant is limited in its use of said information to this litigation, and Defendant must file any pleadings containing the information above under seal.

4. It is the order of this Court that all information produced by Plaintiff pursuant to discovery in this lawsuit shall be used only for purposes of this litigation, and not published or disseminated to third parties for any other purpose. At the conclusion of the litigation, Defendant shall either (a) return all documents and materials furnished by Plaintiff to Plaintiff or (b) represent to Plaintiff by letter or e-mail that said documents and materials have been shredded or otherwise destroyed.

5. Plaintiff's Social Security number shall be redacted from any exhibits filed by Defendant which contain that information.

Violations of this protective order shall be punishable by sanction.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: February 15, 2008



**PROTECTIVE ORDER - 2**

1

Marsha J. Pechman
U.S. District Judge

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  **PROTECTIVE ORDER - 3**