# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICCARDO GREEN

      v.

SEATTLE ART MUSEUM

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-58MJP

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    1.  that Plaintiff's motion for summary judgment is DENIED.

    2.  that Defendant's motion for summary judgment on all claims is GRANTED and Plaintiff's case is hereby DISMISSED with prejudice.

    3.  that the following outstanding, unpaid assessments of sanctions against Plaintiff are hereby reduced to judgment:

        a.  $4,934.02 (Dkt. No. 88)

        b.  $500.00 (Dkt. No. 115)

        c.  $6,000.00 (Dkt. No. 140)

May 22, 2008

BRUCE RIFKIN
Clerk

__/s Mary Duett_____
By, Deputy Clerk